UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

WAYNE DAY,

    Plaintiff,

v.                                                                                  Case No. 21-1096-HLT

UNION PACIFIC RAILROAD COMPANY,

    Defendant.

## AMENDED SCHEDULING ORDER

The parties have filed a joint motion (ECF No. 27) to amend the scheduling order filed on June 30, 2021 (ECF No. 11).  For good cause shown, the motion is granted and the scheduling order is amended as follows:

    a.    The parties are excused from the mediation requirement in light of the status of settlement negotiations.

    b.    All discovery shall be commenced or served in time to be completed by **April 4, 2022.**

    c.    Disclosures required by Fed. R. Civ. P. 26(a)(2), including reports from retained experts, are due from defendant by **February 28, 2022.**  Disclosures and reports by any rebuttal experts are due by **March 14, 2022**.

    d.    The parties shall complete all Fed. R. Civ. P. 35 physical or mental

examinations by **February 7, 2022.**

    e.    The final pretrial conference is rescheduled from February 14, 2022 to **April 21, 2022** to **at 10:00 a.m.**, in the U.S. Courthouse, Room 223, 500 State Avenue, Kansas City, Kansas. Unless otherwise notified, the undersigned magistrate judge will conduct the conference. No later than **April 14, 2022**, defendant shall submit the parties' proposed pretrial order as an attachment to an e-mail directed to *ksd_ohara_chambers@ksd.uscourts.gov*. It shall be in the form available on the court's website (*www.ksd.uscourts.gov*).

    f.    The deadline for filing potentially dispositive motions and motions challenging the admissibility of expert testimony is now **May 2, 2022.**

All other provisions of the original scheduling order shall remain in effect. The schedule adopted in this amended scheduling order shall not be modified except by leave of court upon a showing of good cause.

IT IS SO ORDERED.

Dated November 15, 2021, at Kansas City, Kansas.

        s/ James P. O'Hara
        James P. O'Hara
        U.S. Magistrate Judge